IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHEREE EDWARDS,                          )
                                         )     2:10-cv-02247-GEB-JFM
                    Plaintiff,           )
                                         )
          v.                             )     ORDER RE: SETTLEMENT AND
                                         )     DISPOSITION
NELSON & KENNARD,                        )
                                         )
                    Defendants.          )
_____          )

          Plaintiff filed a "Notice of Settlement" on December 6, 2011,

in which she states, "the parties have settled the case in its entirety

and the parties will file a stipulation for dismissal within twenty (20)

days." (ECF No. 11.)

          Therefore, a dispositional document shall be filed no later

than December 27, 2011. Failure to respond by this deadline may be

construed as consent to dismissal of this action without prejudice, and

a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to

file dispositional papers on the date prescribed by the Court may be

grounds for sanctions.").

          Further, the final pretrial conference scheduled for hearing

on May 21, 2012, will remain on calendar, in the event no dispositional

document is filed, or if this action is not otherwise dismissed.[1] A joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated:  December 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1]    The final pretrial conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).